UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAVARON MORRIS,

       Plaintiff,

v.

                                    Case No.  16-cv-12555
                                    Hon. Mark A. Goldsmith

CITY OF DETROIT, et al,

       Defendants.

_____/

## ORDER STRIKING FILINGS AND ENJOINING PLAINTIFF FROM FILING ANY OTHER DOCUMENTS IN THIS CASE

On August 23, 2016, the Court dismissed Plaintiff's case. See Order Dismissing Case and Judgment (Dkts. 6, 7).  On March 8, 2017, the Court denied Plaintiff's motion for reconsideration. See Order denying motion for reconsideration (Dkt. 13).  Additionally, in early 2018, the Court of Appeals dismissed Plaintiff's appeal.  See Order from U.S. Court of Appeals (Dkts. 15, 16, 17).

Thereafter, without seeking or obtaining leave to do so, Plaintiff filed two documents and a letter on this docket.  See Docket (Dkts. 18, 19, 22).  The case is closed and the Court orders that these filings be stricken. Plaintiff is enjoined from filing other documents in this long-closed case.

       SO ORDERED.

Dated:  April 30, 2025                  s/Mark A. Goldsmith
Detroit, Michigan                     MARK A. GOLDSMITH
                                      United States District Judge